**Opinion issued March 3, 2026**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-25-01014-CV

_____

**CHRISTINA MENDOZA, Appellant**

**V.**

**YOUNAN NOWZARADAN, Appellee**

---

**On Appeal from the 312th District Court**
**Harris County, Texas**
**Trial Court Case No. 2024-88003**

---

## MEMORANDUM OPINION

Appellant, Christina Mendoza, moves for voluntary dismissal of this appeal. No opinion has issued in this appeal. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

## PER CURIAM

Panel consists of Chief Justice Adams and Justices Gunn and Johnson.